UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE NORGLE

| UNITED STATES OF AMERICA | ) | MAGISTRATE JUDGE KEYS |
|---|---|---|
| | ) | No. 03 CR 714 |
| v. | ) | Violation: Title 18, United |
| | ) | States Code, Sections 2422(b), 2423(b), |
| JAMES COKE | ) | and 2253 |
| | ) | |

DOCKETED AUG 2 2 2003

FILED AUG 2 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COUNT ONE**

THE SPECIAL NOVEMBER 2002 GRAND JURY charges:

Beginning on or about May 27, 2003, and continuing until on or about July 22, 2003, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES COKE,

defendant herein, using a facility and means of interstate commerce, including interstate wire communications and an internet communication-services account, did knowingly attempt to persuade, induce, and entice "Stephanie," whom defendant believed to be a female minor who had not attained the age of 16, but who in fact was an undercover law enforcement agent, to engage in sexual activity for which the defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

The SPECIAL NOVEMBER 2002 GRAND JURY further charges:

On or about July 22, 2003, at Forest Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES COKE,

defendant herein, traveled in interstate commerce from Missouri, to the Northern District of Illinois, namely Forest Park, Illinois, with the intent and for the purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2246, with "Stephanie," whom defendant believed to be a minor who had not attained the age of 16, and was at least four years younger than defendant, and who, unbeknownst to defendant, was in fact an undercover law enforcement agent, that would be in violation 18 U.S.C. § 2243(a);

In violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATION

THE SPECIAL NOVEMBER 2002 GRAND JURY further charges:

1. The allegations of Counts One and Two of this Indictment are re-alleged and incorporated by reference as if fully restated here for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2422(b) and 2423(b),

JAMES COKE,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest defendant has in any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations.

3. To the extent that any property subject to forfeiture pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred to, sold to, or deposited with a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value, or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 18, United States Code, Section 2253(o).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No. 03 CR 714

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

JAMES COKE

**INDICTMENT**

in violation of: Title 18, United States Code, Sections 2422(b), 2423(b), and 2253

A true bill,

_____
Foreman

Filed in open court this 21st day

of August, A.D. 2003

_____
Michael Dobbins, Clerk

Bail, $ _____